UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN O'ROURKE,

      Plaintiff,    09 Civ. 4131 (JGK)

  - against -       ORDER

CITIGROUP GLOBAL MARKETS INC.,

      Defendant.

---

JOHN G. KOELTL, District Judge:

  There is an issue with respect to arbitration. The parties should advise the Court with respect to the status of this case by **August 21, 2009**.

SO ORDERED.

Dated: New York, New York
    July 28, 2009

               _____
               John G. Koeltl
             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09